IN RE KARL J.

The petition by the respondent mother for certification for appeal from the Appellate Court, 110 Conn. App. 22 (AC 28161), is denied.

*David B. Rozwaski,* in support of the petition.

*David J. Reich,* in opposition.

Decided December 3, 2008